**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                       Case No.  2:10-cr-67-FtM-36SPC

**JAMIE CURTIS**

_____

**ORDER APPOINTING COUNSEL**

On May 12, 2010, the Court held an Initial Appearance on the Defendant, JAMIE CURTIS CJA Counsel was necessary for the Defendant to be represented during the proceeding.  **Edward Kelly, Esq.**, is hereby appointed to represent the defendant for the purpose of Initial Appearance. The Defendant, or a member of the Defendant's family,  **SHALL** contact Attorney Kelly's office to confirm whether private counsel will be retained, or if the Court should determine if the Defendant qualifies within the meaning of Title 18, United States Code, Section 3006A, to proceed with the services of Court appointed Counsel. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE** and **ORDERED** in Ft. Myers, Florida on this___13th____ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record