UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    Case No. 2:10-cr-67-FtM-36SPC

**JAMIE CURTIS**
_____

## ORDER APPOINTING COUNSEL

The Court has examined the Defendant, JAMIE CURTIS, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and **Edward Kelly, Esq.**, is hereby appointed to represent the Defendant. The Defendant was represented by Attorney Kelly during the Initial Appearance and the Court finds it appropriate to continue representation. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE** and **ORDERED** in Ft. Myers, Florida on this ____18th____ day of May, 2010.

*SheriPolsterChappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record