**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                    Case No.:  2:10-cr-67-FtM-36SPC

JAMIE CURTIS
_____

**AMENDED ORDER**[1]

This matter comes before the Court on the Motion to Self Surrender (Doc. #35) filed on October 4, 2010.  The Defendant moves for permission to self surrender to the United States Marshal Service upon designation of the facility where he is to be evaluated for competency to stand trial.  The US Marshals and the Government do not object to the Defendant arriving at the facility once it is determined which facility will be conducting the examination.  Having considered the motion, the Court finds good cause and will grant the relief requested.  Accordingly, it is now

**ORDERED:**

The Motion to Self Surrender (Doc. #35) is **GRANTED**.  The Defendant is permitted to self surrender at the date and time established by the examining facility or the US Marshals.  The Defendant's bond status post examination remains unchanged.  Upon completion of the evaluation, the Defendant shall be released by the U.S. Marshals under the terms outlined in the bond and conditions of release previously imposed.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of October, 2010.

*(signature)*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] This order is amended only to provide clarification as to the Defendant's bond status post examination.