# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs- Case No.: 2:10-cr-67-FtM-36SPC

JAMIE CURTIS

_____

## ORDER

This matter comes before the Court on the Motion to Declare Defendant Incompetent to Stand Trial (Doc. #29) filed on September 10, 2010. Defense Counsel moves the Court for the Court to declare the Defendant incompetent to stand trial. Since the filing of this motion, the Defendant has undergone psychological evaluations. Defense Counsel has now filed an Amended Motion to Declare Defendant Incompetent (Doc. #45). As such, the initial Motion is due to be denied as moot and the Amended Motion will be ruled upon in due course.

Accordingly, it is now

**ORDERED:**

The Motion to Declare Defendant Incompetent to Stand Trial (Doc. #29) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th    day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record